USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 99-1535

 UNITED STATES,

 Appellee,

 v.

 MIGUEL A. COSME,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Ernest C. Torres, U.S. District Judge]

 Before

 Selya, Circuit Judge,
 Campbell, Senior Circuit Judge,
 and Lipez, Circuit Judge.
 
 
 
 
 
 Elaine H. Thompson on brief for appellant.
 Margaret E. Curran, United States Attorney, Donald C. Lockhart
and Kenneth P. Madden, Assistant United States Attorneys, on brief
for appellee.

January 19, 2000

 
 Per Curiam. We find no clear error in the district
 court's refusal to award appellant an offense level reduction
 for acceptance of responsibility under U.S.S.G. 3E1.1, and we
 affirm. United States v. Mata-Grullon, 887 F.2d 23, 24 (1st
 Cir. 1989) (no clear error in district court's denial of
 reduction under U.S.S.G. 3E1.1 to defendant who had pled
 guilty to drug offense and who had lied about his name, birth
 date, and citizenship) (citing U.S.S.G. 3E1.1, Application
 Note 4).
 Affirmed. 1st Cir. Loc. R. 27(c).